**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN  DIVISION**


**JAMES DAVIS,**                                                                                     **PETITIONER**

**V.**                                                                                     **NO. 1:01CR16-P**

**UNITED STATES OF AMERICA,**                                                     **RESPONDENT**


**FINAL JUDGMENT DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

In accordance with the opinion issued this day, the petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is hereby denied, and the cause of action is dismissed with prejudice.

**IT IS SO ORDERED.**

THIS the 2nd day of February, 2006.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE